IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

    v.

JARED WHEAT,
JOHN BRANDON SCHOPP, AND
HI-TECH PHARMACEUTICALS, INC.

Criminal Action No.

1:17-CR-0229-AT-CMS

## SCHEDULING ORDER

For good cause shown, and with the Defendants not having an objection, the Government's Unopposed Motion for Scheduling Order, [Doc. 76], is GRANTED.

The Government's production of scanned copies of paper documents seized during the search warrant execution of Hi-Tech Pharmaceuticals, Inc., and its responses to the Defendants' requests referenced in the Government's Motion, are due on or before February 1, 2018. The Government's expert disclosures are now due on or before March 15, 2018. Pretrial motions directed to the face of the indictment (e.g., motions to dismiss, motions to strike, and motions for bill of particulars) are now due on or before March 2, 2018, and all other non-expert motions are now due on or before May 1, 2018.

This extension is necessary because it will facilitate the parties' review of the materials produced and permit the Defendants to determine appropriate

motions to file. The time between _____, 2018 and _____, 2018 is excluded from Speedy Trial Act calculations for the reasons set out above, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), because the Court finds that the ends of justice served by granting the continuance to allow defense counsel the reasonable time necessary for effective preparation outweigh the Defendants' and the public's right to a speedy trial.

    SO ORDERED this _____ day of January, 2018.

                                                _____
                                                CATHERINE M. SALINAS
                                                UNITED STATES MAGISTRATE JUDGE

Presented by:
Nathan P. Kitchens and Cassandra J. Schansman
Assistant United States Attorneys