# EXHIBIT I

**From:** "Kitchens, Nathan (USAGAN)" <Nathan.Kitchens@usdoj.gov>
**Date:** Monday, May 28, 2018 at 12:04 PM  **To:** Elizabeth O'Brien <eobrienlaw@gmail.com>  **Cc:** "Arthur W. Leach" <art@arthurwleach.com>, "Schansman, Cassandra (USAGAN)" <Cassandra.Schansman@usdoj.gov>  **Subject:** RE: U.S. v Wheat et al.

Beth,

  Hope you had a nice weekend, and sorry for the delay—I was out of town when you sent the email below.

  As previously discussed, the documents provided to you on May 11th represent the subset of the electronic data obtained from images seized pursuant to the October 4th search warrants that would be made available to the prosecution team after filtering for privilege, based on your attorney list provided in March, and keyword search terms for relevance. It is the Government's position that these documents were seized pursuant to the premises warrant and not the plain view doctrine. Per your request, attached is a copy of the relevance keyword search terms applied by the vendor. We asked the vendor to run these keywords across each image seized on October 4th.

  Consistent with prior precedent, the government reserves the right to search for additional material within the scope of the email and premises search warrants during the pendency of this case because there is no time limitation provided in the warrants for execution. In addition, if the filter team determines that other documents are not privileged, such materials will be made available to the prosecution team, as previously disclosed. As you know, you already have a copy of the entirety of the data obtained from images seized pursuant to the Oct. 4th search warrants. But we will provide you with a copy of any additional documents made available to the prosecution team pursuant to the warrants, and per your request, we will destroy data that is not accessed after the completion of this case.

  Please let me know if you have any questions.

Thanks,
Nathan

United States Attorney's Office
Northern District of Georgia
600 Richard B. Russell Building
75 Ted Turner Dr., S.W.
Atlanta, GA 30303
(P): 404-581-6185 |(F): 404-581-6181

**From:** Elizabeth O'Brien <eobrienlaw@gmail.com> **Sent:** Wednesday, May 23, 2018 9:25 AM**To:** Kitchens, Nathan (USAGAN) <NKitchens@usa.doj.gov>**Cc:** Art Leach <art@arthurwleach.com>**Subject:** U.S. v Wheat et al.

Nathan:

I wanted to follow-up with a couple of more questions related to my original email sent on May 16. In addition to responding to my first email, please confirm: (1) that it is the Government's position that all of the materials contained on the thumb drive you recently sent us contain materials that were seized pursuant to the premises warrants. In other words, the Government is not relying on the plain view doctrine (or any other doctrine) as a basis for seizing these materials; (2) that the materials contained on the thumb drive constitute all of the materials seized pursuant to the relevant warrants and that the Government will not be providing any additional materials at a later date; and (3) that all copies of the materials not seized (including SA Kriplean's) have been destroyed or erased and will not be accessed again.

Thank you.

Elizabeth A. O'Brien
EOB, LLC

Confidentiality Notice:  This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please delete all copies of the email and contact Elizabeth O'Brien by email immediately.  Thank you.