IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br><br>JARED WHEAT, JOHN<br>BRANDON SCHOPP, and<br>HI-TECH PHARMACEUTICALS, Inc. | )<br>)<br>)<br>)<br>) No. 1:17-CR-0229-AT-CMS<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

Defendants Jared Wheat and Hi-Tech Pharmaceuticals, Inc. have filed a Motion pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure for the return of approximately $19 million worth of DMAA-containing products seized pursuant to a search warrant on October 4, 2018.

If the Government contends that it is entitled to retain the DMAA products, the Government is **ORDERED** to file a brief not to exceed fifteen pages in length, no later than **twenty-one (21) days** after the entry of this Order setting out its reasons why Defendant's Motion pursuant to Rule 41(g) should not be granted.

**IT IS SO ORDERED**, this ___ day of July, 2018.

_____
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE

Submitted by: Arthur W. Leach
Counsel for Defendant Hi-Tech Pharmaceuticals, Inc.