IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION NO. |
| JARED WHEAT, HI-TECH PHARMACEUTICALS, INC., and JOHN BRANDON SCHOPP, | 1:17-cr-229-AT-CMS |
| Defendants. | |

## **O R D E R**

On March 1, 2018, I issued a Report and Recommendation ("R&R") [Doc. 109], in which I recommended that the district judge deny the motion to suppress evidence obtained pursuant to two email search warrants (the "Email Warrants"). Defendants Hi-Tech Pharmaceuticals, Inc. and Jared Wheat (collectively, "Defendants") then filed a motion for reconsideration. [Doc. 138].

I held an evidentiary hearing on August 31, 2018 to discuss the issues raised in the motion for reconsideration, particularly what steps the Government has taken to review and seize electronic information obtained pursuant to the Email Warrants. [Doc. 180]. At that hearing, the Government advised the Court that although the Email Warrants envision a two-step process—that the Government first obtain the entire contents of the email account (step one) and then segregate out and seize only

the subset of information that falls within the scope of the warrant (step two)—the Government has not yet completed step two.  [Id. at 48, 57–61, 205–38].  The Government has since advised the Court that it requires thirty days to complete its review of the electronic information seized pursuant to the Email Warrants.

**IT IS HEREBY ORDERED** that the Government has until the close of business on **November 30, 2018** to complete its review of the electronic information obtained pursuant to the Email Warrants.  The Government is **ORDERED** to provide Defendants with a copy of the electronic information subset that the Government considers seized by **December 4, 2018**.  The Government may maintain a copy of all the electronic information obtained from Yahoo and AOL (the step-one results) but may not access any of that electronic information, other than the subset provided to Defendants (the step-two results), after December 4, 2018 without prior approval of this Court.

**SO ORDERED**, this 31st day of October, 2018.

_____
Catherine M. Salinas
United States Magistrate Judge