# FINESTONE, MORRIS & WHITE, LLP

ATTORNEYS AT LAW
SUITE 2540 TOWER PLACE
3340 PEACHTREE ROAD, NORTHEAST
ATLANTA, GEORGIA 30326

STUART FINESTONE  
BRUCE H. MORRIS  
JASON F. WHITE  

(404) 262-2500  

WAYNE L. CARDON  
(1947-1983)  

FACSIMILE  
(404) 231-1930  

January 9, 2019

<u>VIA ELECTRONIC FILING</u>

Courtroom Deputy  
U. S. Courthouse  
75 Ted Turner Drive Street, S.W.  
Atlanta, Georgia 30303  

      Re:    <u>United States v. Jared Wheat, et al.</u>  
             Criminal Indictment No.: 1:17-CR-0229-AT-CMS  

Dear Sir or Madam:

This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the state from January 30, 2019 through February 4, 2019 attending a prepaid CLE seminar. I respectfully request that the Court not schedule any court appearances in the above-referenced matter during these periods of time.

Thank you for your time and assistance in this matter.

                Very truly yours,

                <u>/s/ Bruce H. Morris</u>  
                Bruce H. Morris

BHM/ma