IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JARED WHEAT,<br>JOHN BRANDON SCHOPP, AND<br>HI-TECH PHARMACEUTICALS, INC. | Criminal Action No.<br><br>1:17-CR-229-AT-CMS |

## Status Report Regarding Defendants' Motion for Scheduling Order and Motion to Compel

The United States of America, by Byung J. Pak, United States Attorney, and Nathan P. Kitchens and Kelly K. Connors, Assistant United States Attorneys for the Northern District of Georgia, files this Status Report, having consulted with defense counsel regarding the issues outlined by the Court in its Order (Doc. 241). The parties agree that this Status Report reflects the agreements of the parties and the remaining points of discussion for the status conference scheduled on October 22, 2019.

The parties previously advised the Court that they had reached agreements regarding the timelines for disclosing Giglio materials and for providing documents the government intends to use in its case-in-chief. The parties recommend that the Court set the deadline at 14 days prior to trial for disclosure of Giglio materials, and the parties recommend that the Court set the deadline at

30 days prior to trial for the government to provide documents that it intends to use in its case-in-chief.

The parties have reached a third agreement regarding the timing for *Daubert* litigation. The parties agree that timelines for *Daubert* motions and briefing, as well as the setting of any necessary *Daubert* hearings, should occur after the district court rules on the Defendants' pending motions to suppress and motions to dismiss. The parties intend to discuss the status of Defendants' defense expert disclosures and remaining expert-related discovery at tomorrow's hearing.

At the status conference, the parties will also address the following issues, for which the parties have not reached an agreement:

- Timing for the parties to exchange witness and exhibit lists;
- Timing for notice of any 404(b) materials;
- Defendants' request that the government not only disclose but also identify any *Brady* materials; and
- Defendants' request that the government not only disclose but also identify any written and recorded statements made by individuals who are legally able to bind Hi-Tech.

        Respectfully submitted,

        BYUNG J. PAK
          *United States Attorney*

/s/NATHAN KITCHENS
    *Assistant United States Attorney*
    Georgia Bar No. 263930
    Nathan.Kitchens@usdoj.gov

/s/KELLY K. CONNORS
    *Assistant United States Attorney*
    Georgia Bar No. 504787
    Kelly K. Connors

600 U.S. Courthouse, 75 Ted Turner Drive S.W., Atlanta, GA 30303
(404) 581-6000   fax (404) 581-6181

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

October 21, 2019

/s/ KELLY K. CONNORS

KELLY K. CONNORS

*Assistant United States Attorney*