**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 1:17-cr-0229-AT-CMS |
| | ) |
| JARED WHEAT, JOHN BRANDON SCHOPP, and HI-TECH PHARMACEUTICALS, INC. | ) |

**NOTICE OF ENTRY OF APPEARANCE**

James K. Jenkins files this notice of his appearance in the above-styled case on behalf of Defendant Jared Wheat. Undersigned counsel respectfully requests that he be added as additional counsel of record for Mr. Wheat.

This 26th day of July, 2021.

*/s/ James K. Jenkins*
James K. Jenkins
Georgia Bar No. 390650
Maloy Jenkins Parker
1506 Brandt Court
Boulder, Colorado 80303
303-443-9048
jenkins@mjplawyers.com

*Counsel for Defendant
Jared Wheat*