## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

JARED WHEAT, JOHN
BRANDON SCHOPP, and HI-
TECH PHARMACEUTICALS,
INC.,

      Defendants.

No. 1:17-CR-0229-AT-CMS

**DEFENDANT'S MOTION FOR ORAL ARGUMENT ON DEFENDANTS'**
***FRANKS* CHALLENGE**

COME NOW Defendants Jared Wheat, Brandon Schopp, and Hi-Tech Pharmaceuticals, Inc., by and through their undersigned counsel, and move for oral argument on their objections to the Magistrate Judge's Supplement to Report and Recommendation date May 28, 2020 denying Defendants' challenge to the premises search warrants pursuant to *Franks v. Delaware*, 438 U.S. 154 (1978). Docs. 447, 431, 191, and on Defendant Schopp's Motion to Suppress Based on Agent Kriplean's Admissions at the *Franks* Hearing Doc. 445. In support of this request, Defendants respectfully show this Court the following:

**Statement of Facts**

Currently pending before this Court are Defendants' objections to the Magistrate Judge's Supplement to Report and Recommendation Date May 28, 2020 ("R&R") denying Defendants' motion to suppress evidence seized at their business premises under *Franks v. Delaware*, and Defendants' appeal from the Magistrate Judge's denial of their requests to seal documents and to order the Government to provide the discovery necessary to resolving the *Franks* challenge, Docs. 447 & 436,[1] as well as Defendant Schopp's Motion to Suppress Based on Agent Kriplean's Admissions at the *Franks* Hearing Doc. 445.

Defendants seek permission to present oral argument on their *Franks* challenge in order to assist this Court in resolving these matters.

**ARGUMENT AND CITATION OF AUTHORITIES**

While the Federal Magistrate's Act permits a motion to suppress to be referred to a magistrate for a recommendation, "[t]he authority and the responsibility to make an informed, final determination, we emphasize, remains with the judge." *Mathews v. Weber*, 423 U.S. 461, 270-71 (1976). To that end, the Act "provides for procedures to safeguard the integrity of the factfinding process and to ensure that the

---

[1] Defendants incorporate the factual recitations, arguments and authorities in both those pleadings here.

district judge retains final responsibility for ruling on the motion[.]" *United States v. Marshall*, 609 F.2d 153, 154 (5th Cir. 1980); *see also* 28 U.S.C. § 636(b).

The purpose of oral argument is to permit the Court to conduct a dialogue with counsel about the legal issues and to clarify the facts in the record and how they bear on those issues. This case turns on a procedural history that spans five years and on the FDA's investigation of Hi-Tech from 2011-2017. Doc. 51-2 at 19. The parties have several disagreements about the factual and legal sufficiency of the evidence as it relates to Defendants' *Franks* challenge. Relying only on the transcripts and briefing may make it difficult to entirely appreciate the full impact of certain facts in relation to others and to omissions in the record, especially given the lengthy, intricate history of this case. Permitting the Socratic dialogue oral argument affords will materially contribute to a reliable resolution of the *Franks* challenge.

WHEREFORE, Defendants respectfully pray that this Court set an oral argument in this matter, and for such other and further relief as this Court deems just and proper.

This 16th day of December, 2021.

/s/ Bruce H. Morris

Bruce H. Morris
Georgia Bar No. 523575
Finestone Morris & White
3340 Peachtree Road NW
Atlanta, Georgia 30326
404-262-2500
BMorris@FMattorneys.com
  *Counsel for Defendant*
  *Jared Wheat*

/s/ James K. Jenkins

James K. Jenkins
Georgia Bar No. 390650
Maloy Jenkins Parker
1506 Brandt Court
Boulder, Colorado 80303
303-443-9048
jenkins@mjplawyers.com
  *Counsel for Defendant*
  *Jared Wheat*

/s/ Ann M. Roan

Ann M. Roan
Law Offices of Ann M. Roan LLC
4450 Arapahoe Ave., Suite 100
Boulder, CO  80303
303-448-8818
ann@annroanlaw.com
Admitted Pro Hac Vice

/s/ Arthur W. Leach

Arthur W. Leach
Georgia Bar No. 442025
The Law Office of Arthur W. Leach
5780 Windward Parkway, Suite 225
Alpharetta, Georgia 30005
404-786-6443
Art@ArthurWLeach.com
  *Counsel for Defendant*
  *Hi-Tech Pharmaceuticals, Inc.*

/s/ Jack Wenik

Jack Wenik
Epstein Becker & Green, P.C.
One Gateway Center, 13th Floor
Newark, New Jersey 07102
973-639-5221
jwenik@ ebglaw.com
Admitted Pro Hac Vice
    *Counsel for Defendant*
      *Hi-Tech Pharmaceuticals, Inc.*

/s/ W. Carl Lietz, III

W. Carl Lietz, III
Georgia State Bar No. 452080
Finch McCranie, LLP
225 Peachtree Street, NE
1700 South Tower
Atlanta, Georgia 30303
404-658-9070; Fax 404-688-0649
carl@finchmccranie.com
  *Counsel for Brandon Schopp*

4