IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
| v. | ) No. 1:17-cr-0229-AT-CMS |
|  | ) |
| JARED WHEAT, JOHN BRANDON SCHOPP, and HI-TECH PHARMACEUTICALS, INC. | ) ) ) ) |

**NOTICE OF LEAVE OF ABSENCE**

COME NOW, James K. Jenkins and Ann M. Roan, counsel for Jared Wheat and, pursuant to LCrR 57.1E(4), ND Ga, hereby file this Notice of Leave of Absence, respectfully requesting a leave of absence in the above-styled matter from July 30, 2022 through August 17, 2022. Undersigned counsel will be out of the country with their family on a long-planned vacation trip with nonrefundable fees.

This 22nd day of March, 2022.

Respectfully submitted,

/s/ Ann M. Roan
Ann M. Roan
Law Offices of Ann M. Roan LLC
4450 Arapahoe Ave., Suite 100
Boulder, CO  80303

James K. Jenkins
James K. Jenkins
Maloy Jenkins Parker
1506 Brandt Court
Boulder, CO  80303

303-448-8818  
ann@annroanlaw.com  
Admitted Pro Hac Vice  
*Counsel for Defendant Jared Wheat*

303-443-9048  
jenkins@mjplawyers.com  
*Counsel for Defendant Jared Wheat*