IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

vs.

JARED WHEAT, et al,

Criminal Action No.
1:17-cr-0229-AT-1-2-3

COURT MEDIA EXHIBIT RECEIPT

This is to acknowledge receipt from Harry Martin, Courtroom Deputy Clerk, of the following exhibit, re [479] Order signed Judge Amy Totenberg on November 10, 2022, in the above action:

      Court Exhibit: 1 (thumb drive)

This 30th day of November, 2022

_____
Name