



**U.S. Department of Justice**

United States Attorney

Northern District of Georgia

| | |
|---|---|
| *600 U.S. Courthouse* | *Telephone:* (404) 581-6000 |
| *75 Ted Turner Drive S.W.* | *Fax:* (404) 581-6181 |
| *Atlanta, Georgia  30303* | |

June 30, 2022

Harry Martin

      Re: *United States v. Wheat, et al.*, Criminal Action No. 1:17-CR-229-AT-CMS

Dear Mr. Martin:

      Pursuant to the Court's Order dated June 27, 2022, the enclosed flash drive contains the materials submitted to Magistrate Judge Catherine M. Salinas for in camera review, which includes email communications related to the premises search warrants and drafts of the affidavit. The flash drive also includes one draft affidavit that was produced directly to the defendants in March 2021, as described in Doc. 440 at pages 10-11. If you have any difficulty accessing the materials, please contact me. Thank you.

                    Sincerely,

                    RYAN K. BUCHANAN
                    *United States Attorney*

                    KELLY K. CONNORS
                    *Assistant United States Attorney*

