IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> : <br> : <br> v.     : <br> : <br> JARED WHEAT, JOHN BRANDON : <br> SCHOPP, AND HI-TECH : <br> PHARMACEUTICALS, INC., : <br> : <br> Defendants. : <br> : <br> : | CRIMINAL ACTION NO. <br> 1:17-CR-0229-AT |

## **ORDER**

This matter comes before the Court on the Government's Motion for Leave to File Dismissal of Counts. [Doc. 661]. The Government seeks leave to dismiss Counts 12 through 18 of the Second Superseding Indictment, which charge a conspiracy to manufacture and distribute controlled substances in violation of 21 U.S.C. § 846; four substantive counts of manufacturing and distributing controlled substances in violation of 21 U.S.C. § 841(a)(1); conspiracy to introduce adulterated food into interstate commerce in violation of 18 U.S.C. § 371; and introducing adulterated food into interstate commerce, in violation of 21 U.S.C. §§ 331(a) and 333(a)(2). (Doc. 514 ¶¶ 36-65).

The Motion [Doc. 661] is **GRANTED**. The Court grants the Government leave under Federal Rule of Criminal Procedure 48(a) to dismiss Counts 12 through 18 of the Second Superseding Indictment.

**IT IS SO ORDERED** this 19th day of September, 2025.

_____
**Honorable Amy Totenberg**
**United States District Judge**