IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | |
| JARED WHEAT and HI-TECH PHARMACEUTICALS, INC., | CRIMINAL ACTION NO. 1:17-cr-229-AT-CMS |
| Defendants. | |

**ORDER**

On October 19, 2025, the Government moved for reconsideration on the Court's Order on the Defendants' Motion in Limine to Preclude Any Evidence Relating to the Incomplete GMP Audit Conducted by NSF International (Doc. 715). [Doc. 718]. Both parties should be prepared to present argument on this Motion on October 20, 2025, at **9:00 A.M.** The parties shall notify the Court as soon as possible regarding how much time they anticipate needing for this argument.

The Court will consider the Motion expeditiously. However, the parties should consider contingency plans to proceed with trial on October 20 so as not to waste the jury's time while still preserving the Government's right to move for reconsideration. **IT IS SO ORDERED** this 19th day of October, 2025.

_____
**Honorable Amy Totenberg
United States District Judge**