# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cr-00229-AT-CMS
## USA v. Wheat et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 11/20/2025.

TIME COURT COMMENCED: 5:00 P.M.
TIME COURT CONCLUDED: 5:20 P.M.
TIME IN COURT: 00:20
OFFICE LOCATION: Atlanta

COURT REPORTER: Shannon Welch
CSO/DUSM: CSO 1
DEPUTY CLERK: Keri Gardner

DEFENDANT(S):     [1]Jared Wheat Present at proceedings
                  [3] Hi-Tech Pharmaceuticals, Inc. Present at proceedings

ATTORNEY(S) PRESENT:    Kelly Connors representing USA
                        Jeffrey Ertel representing Jared Wheat
                        Nathan Kitchens representing USA
                        Arthur Leach representing Hi-Tech Pharmaceuticals, Inc.
                        Brian Mendelsohn representing Jared Wheat
                        Bruce Morris representing Jared Wheat
                        J. Salter representing Jared Wheat
                        Brian Steel representing Jared Wheat
                        Colette Steel representing Jared Wheat
                        Zachary Taylor representing Hi-Tech Pharmaceuticals, Inc.
                        Jack Wenik representing Hi-Tech Pharmaceuticals, Inc.
                        Laurabeth Wilson representing Hi-Tech Pharmaceuticals, Inc.

PROCEEDING CATEGORY:    Jury Trial Continued;

MINUTE TEXT:    Jury deliberations continued. Jury Note #2 received and addressed on the record.

HEARING STATUS:    Hearing not concluded. Court adjourned and will reconvene at 9:15AM on November 21, 2025. Jurors excused until the above time under the usual caution of the Court.